Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　) <br>　　　　　　Plaintiff,　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　v.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>ROGELLE M. HARRIS,　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Defendant.　　　　　)<br>_____) | NO. CR05-0336JLR<br><br>ORDER CONTINUING TRIAL |

The Court has considered the Stipulation executed by the parties pursuant to 18 U.S.C. § 3161(h)(8)(A) concerning a continuance of the trial in this case:

The Court finds that continuing the trial in this case is necessary in order to allow defense counsel adequate time to investigate and effectively to prepare for trial.

The Court further finds, pursuant to 18 U.S.C. § 3161(h)(8)(A), that the ends of justice served by continuing the trial in this case outweigh the interest of the public and of the Defendant in a more speedy trial.

IT IS THEREFORE ORDERED that the trial in this case shall be continued until February 21, 2006, and that the period of time from November 21, 2005, up to and including February 21, 2006, shall be excludable time under 18 U.S.C. § 3161(h)(8)(A); and

1   IT IS FURTHER ORDERED that the deadline for filing pretrial motions in this
2   case shall be January 6, 2006, and that responses to motions shall be due January 20,
3   2006.
4   DONE this 10th day of November, 2005.

JAMES L. ROBART
United States District Judge

Presented by:

s/Andrew C. Friedman
ANDREW C. FRIEDMAN
Assistant United States Attorney

United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101-3903
Telephone:    (206) 553-7970
Fax:              (206) 553-0755
E-mail:          Andrew.Friedman@usdoj.gov


s/Robert M. Leen (per telephonic approval)
ROBERT M. LEEN
Counsel for Rogelle M. Harris

600 University Street, Suite 3310
Seattle, Washington 98101-4172
Telephone:    (206) 748-7817
Fax:              (206) 748-7821

ORDER CONTINUING TRIAL/HARRIS (CR05-0336JLR) - 2